## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Tongs Trans Inc

        Debtor(s)

Chapter: 7

Bankruptcy No: 22−12840−elf

### *O R D E R*

**AND NOW,** this 25th day of October 2022 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Tax ID due 10/31/2022

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank  
Judge , United States Bankruptcy Court

4  
Form 130